Mary Eleanor Castaldo, Respondent, v. Ferdinand Castaldo, Appellant. — Order entered January 24, 1936, unanimously modified by reducing the allowance to plaintiff for counsel fee to the sum of fifty dollars, twenty-five dollars to be paid within ten days after service of order, and twenty-five dollars when the case is placed on the calendar, and as so modified affirmed, without costs. Appeal from order denying motion for reargument dismissed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

James J. Dugan, an Infant, by Thomas A. Dugan, His Guardian ad Litem, and Thomas A. Dugan, Respondents, v. P. T. Cox Co., Inc., Appellant.— Order so far as appealed from unanimously modified by granting item 6 to the extent of requiring plaintiffs to furnish a general statement of the manner in which defendant was negligent; also allowing item No. 7, and as so modified affirmed, without costs. Verified bill of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of Supplementary Proceedings: Gordon Lindsay, as Administrator, etc., of Hattie G. Lindsay, Deceased, Judgment Creditor, Respondent, v. Belle Bart Dulany, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

Nelson F. Chambers, Appellant, v. Gladys W. Chambers, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

Marcel M. Holzer, Respondent, v. Deutsche Reichsbahn-Gesellschaft and Others, Defendants, Impleaded with Schenker & Co., G. m. b. H., Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

Alberto Herrera, Appellant, v. The State of New Jersey, Respondent, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

Dorothy C. Evans, Respondent, v. William C. English, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. ' The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

President and Directors of The Manhattan Company, Respondent, v. Thomas Nickolopulos, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

Chester J. Robertson, Respondent, v. Granite Trading Corporation, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.